UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSEPH JACKSON,

      Plaintiff,

-v-

COMMISSIONER OF SOCIAL
SECURITY

      Defendant.

Case No. C-3:10-cv-006

Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

---

**ENTRY AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #2) IN ITS ENTIRETY AND DENYING JACKSON'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

---

      This matter comes before the Court pursuant to Magistrate Judge Michael R. Merz's Report and Recommendations regarding Defendant Joseph Jackson's ("Jackson's") Application To Proceed Without Prepayment of Fees. The Magistrate Judge recommends that Jackson's Application be denied. (Doc. #2.)

      At the time, Jackson was proceeding pro se. He apparently has now engaged the services of an attorney.

      The time has run and neither Jackson nor his current attorney have filed objections to this Report and Recommendations. Jackson's attorney has, however, filed a Complaint and has indicated to the Clerk that he will be paying a filing fee, which has yet to be paid.

      As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that the Magistrate Judge's Report and Recommendations is adopted in its entirety.

Jackson's Application to Proceed Without Prepayment of Fees is Denied.

**DONE** and **ORDERED** in Dayton, Ohio, this Twenty-Ninth day of January, 2010.

                                                  **s/Thomas M. Rose**

                                          THOMAS M. ROSE
                                  UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record